UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:01-CR-123-BR

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| KENDRICK L. CAMPBELL ) | |

This matter is before the court on defendant's letter to the court dated 27 August 2014. (DE # 31.) In the letter, defendant requests that the court waive further payment of his fine until he is released from imprisonment. Defendant made the same request in 2005, (DE # 21), which the court denied, (DE # 22). The court cannot modify, on defendant's own request, defendant's sentence to pay a fine of $14,200 in full and during the period of imprisonment. See 18 U.S.C. §§ 3572(c) (recognizing limited circumstances upon which fine can be modified), 3573(2) (providing the court authority to defer payment of a fine imposed upon petition of the *government*). Therefore, to the extent this letter could be deemed a motion, it is DENIED.

This 2 October 2014.

_____
W. Earl Britt
Senior U.S. District Judge