UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:01-CR-123-1BR

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KENDRICK LAMONT CAMPBELL | ORDER |

This matter is before the court on the government's motion to seal its response to defendant's motion for a sentence reduction. (DE # 42.) The government claims sealing is warranted because "[t]he response discusses the substance of a motion filed under seal." (Id. at 1.) The only motions the government's proposed response mentions are defendant's motions for a sentence reduction, (DE ## 26, 38), and those motions were not filed under seal. There being no grounds to justify the sealing of the government's response, the motion to seal is DENIED. In accordance with Local Criminal Rule 55.2(b)(3), for the court to consider the response, the government should publicly file the document within three days.

This 7 June 2019.

_W. Earl Britt_
W. Earl Britt
Senior U.S. District Judge